**E-FILED**
Thursday, 11 May, 2017 02:09:23 PM
Clerk, U.S. District Court, ILCD

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | | CHARGE NUMBER |
|---|---|---|
| | FEPA | |
| X | EEOC | 440-2016-01411 |

City of Springfield, IDHR
*State or local Agency, if any*                    and EEOC

| NAME *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* |
|---|---|
| Ms. Jessica Kilmartin | 217-778-5655 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 107 W. Warren St. | Leroy, IL 61752 | 1/1979 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| State Farm Mutual Automobile Insurance Company | 15+ | 309-766-2311 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| One State Farm Plaza | Bloomington, IL 61710 | McLean |

CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))*

| | | |
|---|---|---|
| [ ] RACE | [ ] COLOR | [ ] SEX  [ ] RELIGION  [ ] AGE |
| [X] RETALIATION | [ ] NATIONAL ORIGIN | [X] DISABILITY  [ ] OTHER *(Specify)* |

| DATE DISCRIMINATION TOOK PLACE |
|---|
| EARLIEST (ADEA/EPA)       LATEST (ALL) |
| March 1, 2015       December 21, 2015 |
| [X] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

See attached.

RECEIVED EEOC
DEC 28 2015
CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) |
|---|---|
| | /s/ Alice J. Johanns |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT |
|---|---|
| /s/ Jessica Kilmartin | /s/ Jessica Kilmartin |
| Date       Charging Party *(Signature)*    12/22/15 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(Day, month, and year)*  12/22/15 |

EEOC FORM 5 (Rev. 12/93)

"OFFICIAL SEAL"
ALICE J. JOHANNS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11/13/2016



PLAINTIFF'S
EXHIBIT
A

**JESSICA KILMARTIN**
**ATTACHMENT - CHARGE OF DISCRIMINATION - (1 of 4)**

I.  A.  ISSUE BASIS- STATE FARM

    1.  Discharge – On or about December 4, 2015, because of my learning disability of mild to moderate deficiency.

    B.  PRIMA FACIE ALLEGATIONS

1.  I am an individual with a disability within the meaning of Section I-103(1) of the Human Rights Act and 42 U.S.C. Section 12102(1) of the Americans with Disabilities Act.
2.  Respondent was aware of my learning disability since I was diagnosed with mild to moderate deficiency and restrictions were sent to my supervisors on or about May 26, 2015.
3.  I performed by job duties in a satisfactory manner.
4.  On or about May 26, 2015, my supervisors were given the following work restrictions recommended by my speech therapist: "limit distractions, request demonstration, request written directions and checklists."
5.  On or about May 26, 2015, I was put on medical leave until Respondent's ADA committee could determine whether or not it could accommodate my restrictions.
6.  On June 15, 2015, Respondent said they could not accommodate my restrictions and put me on paid medical leave until an accommodation could be made.
7.  I am aware that some of Respondent's other departments have implemented and utilized checklists similar to the checklist I requested to use, although my supervisor, Lisa Kozlen, would not allow me to use a checklist to perform my job.
8.  To date, Respondent has not accommodated my restrictions.
9.  On or about December 4, 2015, I was discharged by Respondent because they failed to accommodate my disability.
10. Since I was placed on medical leave, I have applied for numerous PA3 positions with Respondent. However, to date, Respondent has not approved me for any of the open positions.
11. My disability is unrelated to my ability to perform my job duties and I was otherwise qualified to perform the essential functions of the job.

**JESSICA KILMARTIN**
**ATTACHMENT - CHARGE OF DISCRIMINATION - (2 of 4)**

II.    A.    ISSUE BASIS – STATE FARM
       1.    Disability Discrimination- Failure to accommodate my learning disability of mild to moderate deficiency.

       B.    PRIMA FACIE ALLEGATIONS

1.  I am an individual with a disability within the meaning of Section I-103(1) of the Human Rights Act and 42 U.S.C. Section 12102(1) of the Americans with Disabilities Act.
2.  Respondent was aware of my learning disability since I was diagnosed with mild to moderate deficiency and restrictions were sent to my supervisors on or about May 26, 2015.
3.  I performed by job duties in a satisfactory manner.
4.  On or about December 4, 2015, I was discharged by my Respondent because they failed to accommodate my disability.
5.  On or about May 26, 2015, my supervisors were given the following work restrictions recommended by my speech therapist: "limit distractions, request demonstration, request written directions and checklists."
6.  I am aware that some of Respondent's other departments have implemented and utilized checklists similar to the checklist I requested to use, although my supervisor, Lisa Kozlen, would not allow me to use a checklist to perform my job.
7.  On or about May 26, 2015, I was put on medical leave until Respondent's ADA committee could determine whether or not it could accommodate my restrictions.
8.  On June 15, 2015, Respondent said they could not accommodate my restrictions and put me on paid medical leave until an accommodation could be made.
9.  To date, Respondent has not accommodated my restrictions.
10. My disability is unrelated to my ability to perform my job duties and I was otherwise qualified to perform the essential functions of the job.

III.    A.    ISSUE BASIS - STATE FARM
        1.    Disability Discrimination- Failure to Hire/Promote due to my learning disability of mild to moderate deficiency.

        B.    PRIMA FACIE ALLEGATIONS

1.  I am an individual with a disability within the meaning of Section I-103(1) of the Human Rights Act and 42 U.S.C. Section 12102(1) of the ADA.
2.  On or about May 26, 2015, my supervisors were given the following work restrictions recommended by my speech therapist: "limit distractions, request demonstration, request written directions and checklists."
3.  On or about May 26, 2015, I was put on medical leave until Respondent's ADA committee could determine whether or not it could accommodate my restrictions.
4.  On June 15, 2015, Respondent said they could not accommodate my restrictions and put me on paid medical leave until an accommodation could be made.

JESSICA KILMARTIN
ATTACHMENT - CHARGE OF DISCRIMINATION - (3 of 4)

5. I am aware that some of Respondent's other departments have implemented and utilized checklists similar to the checklist I requested to use, although my supervisor, Lisa Kozlen, would not allow me to use a checklist to perform my job.
6. To date, Respondent has not accommodated my restrictions.
7. Since I was placed on medical leave, I have applied for numerous PA3 positions with Respondent. However, to date, Respondent has not approved me or hired me for any of the open positions.
8. I performed by job duties in a satisfactory manner.
9. My disability is unrelated to my ability to perform my job duties and I was otherwise qualified to perform the essential functions of the maintenance job.
10. Respondent hired and/or transferred a non-disabled person to fill available PA3 positions.

IV.  A.    ISSUE BASIS – STATE FARM
1.    Disability Discrimination due to my disability of severe anxiety.

B.    PRIMA FACIE ALLEGATIONS

1. I am an individual with a disability within the meaning of Section I-103(1) of the Human Rights Act and 42 U.S.C. Section 12102(1) of the Americans with Disabilities Act.
2. Respondent was aware of my disability of anxiety since I was approved for Family and Medical Leave Act ("FMLA") on or about March 9, 2015, wherein I took six (6) days off per month.
3. In March of 2015, after I was placed on intermittent FMLA leave, I was moved to a new role wherein I had to perform duties that were not required when I started my position. I only received one thirty-minute training session for my new role and was not trained again after that.
4. One of my supervisors, Lisa Kozlen (disability unknown) verbally harassed me by commenting on my absences, which were protected by FMLA leave, as well as reprimanded me for making my own checklists to ensure my work was completed properly.
5. I am aware that some of Respondent's other departments have implemented and utilized checklists similar to the checklist I requested to use, although my supervisor, Lisa Kozlen, would not allow me to use a checklist to perform my job.
6. I performed by job duties in a satisfactory manner; however, my supervisor, Lisa Kozlen, continued to write me up, noting my absences, which were protected by the FMLA.
7. On March 17, 2015, one of my supervisors, Lisa Kozlen, wrote me up for not attending a meeting while I was having an anxiety attack.
8. On May 13, 2015, one of my supervisors, Lisa Kozlen, wrote me up for unprofessional behavior while I was having an anxiety attack.
9. My disability is unrelated to my ability to perform my job duties and I was otherwise qualified to perform the essential functions of the job.

3

JESSICA KILMARTIN
ATTACHMENT - CHARGE OF DISCRIMINATION - (4 of 4)

DATE: _Dec 21, 2015_

/s/ Jessica Kilmartin
JESSICA KILMARTIN

Subscribed and Sworn to before me
me this _21st_ day of _Dec_, 2015.

_/s/ M. Colleen Collins_
Notary Public

"OFFICIAL SEAL"
M. COLLEEN COLLINS
Notary Public, State of Illinois
My commission expires 09/26/16

4